<: Case 1:06-cv-11815-RWZ   Document 18   Filed 05/01/07   Page 1 of 1

EMERGENCY Ex-Parte Motion

RE: Case # 06CA11816 RWZ

For Affirmative Rulings on Plaintiff's two Motions submitted on April 5, 2007

Please see attached letter to court.

1) Defendants did not contact Plaintiff to resolve case
2) Both Motions are un opposed.

Submitted by

Edward S. McLarnon

Pro Se Litigant

Edward S. McLarnon
49 Hanover St.
Malden, MA 02148

781 324 1989